UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CLAYTON G. WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>MONAE JOHNSON, Secretary of State of South Dakota, official capacity; LARRY RHODEN, Governor of South Dakota, official capacity; and MARTY JACKLEY, Attorney General of South Dakota, official capacity,<br><br>Defendants. | 5:26-CV-05111-RAL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND REQUIRING FULL FILING FEE |

Plaintiff Clayton G. Walker filed a pro se lawsuit.[1] Doc. 1. Walker also filed a motion for leave to proceed in forma pauperis. Doc. 6. A federal court may authorize the commencement of any lawsuit without prepayment of fees when an applicant submits an affidavit stating he or she is unable to pay the costs of the lawsuit. 28 U.S.C. § 1915(a)(1). "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." Lee v. McDonald's Corp., 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. Williams v. McKenzie, 834 F.2d 152, 154 (8th Cir. 1987). Determining whether an applicant is sufficiently impoverished to qualify to proceed in forma pauperis under § 1915 is committed to the sound discretion of the district court. Cross v. Gen. Motors Corp., 721 F.2d 1152, 1157 (8th Cir. 1983).

[1] In a previous suit initiated by Walker, then Chief Judge Viken issued an order that "the clerk of the court is instructed that any future filings by Clayton Walker must first be approved by a district judge. The district judge will review the pleading and determine whether the pleading will be allowed." Walker v. Yants, No. 5:17-CV-05007-JLV, Docket 10 at 3 (D.S.D. 2017). After reviewing Walker's pleading in the current case, this Court will allow Walker's pleading.

Walker's financial affidavit indicates a monthly income of $3,225, and total monthly expenses of $2,195.50. Doc. 6 at 1–2, 4–5. Walker also provides that his assets include a home and a vehicle. Id. at 3. Therefore, Walker has not shown that he is sufficiently impoverished to qualify to proceed in forma pauperis, nor has he shown that he is unable to pay the full civil complaint filing fee of $405. Thus, Walker's motion for leave to proceed in forma pauperis, Doc. 6, is denied.

Walker seeks a temporary restraining order and immediate relief. See Doc. 2. A shortened period of time is proper then for him to pay to avoid dismissal without prejudice. Walker must pay the full civil complaint filing fee of **$405 by September 18, 2026**. Failure to do so will result in the dismissal of his complaint without prejudice for failure to prosecute.

Accordingly, it is

ORDERED that Walker's motion for leave to proceed in forma pauperis, Doc. 6, is denied. Walker must pay the full civil complaint filing fee of **$405 by September 18, 2026**, made payable to the Clerk, U.S. District Court. If Walker does not pay the filing fee by September 18, 2026, his complaint will be dismissed without prejudice for failure to prosecute.

DATED September 11th, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE